**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERNEST WILSON,                                          CASE NO.: 8:19-cv-2449

    Plaintiff,

vs.

COMENITY BANK,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, ERNEST WILSON, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within sixty (60) days.

Dated this 24th day of October, 2019.

    Respectfully Submitted,

    */s/ Christopher W. Boss*
    Christopher W. Boss, Esq.
    Florida Bar No.: 13183
    BOSS LAW
    Email: cpservice@bosslegal.com
    9887 Fourth Street North, Suite 202
    St. Petersburg, Florida  33702
    Telephone: (727) 471-0039
    Facsimile: (727) 471-1206
    *Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 24th day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following:

Comenity Bank
One Righter Parkway, Suite 100
Wilmington, DE 19803

                                      */s/ Christopher W. Boss*
                                      Christopher W. Boss (13183)